IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IVELISSE G. RODRIGUEZ and WILFREDO RODRIGUEZ, individually and on behalf of the classes defined herein, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1723 |
| v. | ) ) | Honorable David H. Coar |
| CAPITAL ONE HOME LOANS, LLC; HSBC MORTGAGE SERVICES, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1-5, | ) ) ) ) ) | |
| Defendants. | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on April 23, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Hon. David H. Coar or any Judge sitting in his place and stead, in Room 1419, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present an **Unopposed Motion For an Extension of Time to File Its Responsive Pleading to Plaintiffs' Complaint**, a copy of which is served on you.

Dated:  April 17, 2008

Respectfully submitted,

CAPITAL ONE HOME LOANS, LLC.
Defendant

By:  /s Daniel P. Bubar

Linda B. Dubnow
Daniel P. Bubar
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
Telephone: (312) 849-8100
Fax: (312) 849-3690
ldubnow @mcguirewoods.com
dbubar@mcguirewoods.com

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on this 17th day of April, 2008, a copy of the foregoing **NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** was filed electronically. Notice of this filing will be sent to the following attorney by operation of the Court's electronic filing system.

                Law Offices of Al Hofeld, Jr., LLC
                208 S. LaSalle Street, Suite #1650
                Chicago, IL 60604
                (312) 345-1006
                Fax: 312-346-3242
                Email: al@alhofeldlaw.com


                /s/  Daniel P. Bubar


Linda B. Dubnow
Daniel P. Bubar
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
Telephone: (312) 849-8100
Fax: (312) 849-3690
ldubnow @mcguirewoods.com
dbubar@mcguirewoods.com