UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ivelisse G. Rodriguez, et al.
                              Plaintiff,

v.                                                Case No.: 1:08−cv−01723
                                                  Honorable David H. Coar

Capital One Home Loans, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

MINUTE entry before Judge Honorable David H. Coar: MOTION by Defendant Capital One Home Loans, LLC for extension of time to file response/reply to the complaint[7] is granted to the extent that the time is extended to 5/14/2008 and not the requested time of 5/21/2008. The defendant to file an answer or other pleading on or before 5/14/2008. Parties need not appear on the noticed motion date of 4/23/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.