IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IVELISSE G. RODRIGUEZ and<br>WILFREDO RODRIGUEZ,<br>individually and on behalf of the classes<br>defined herein,<br><br>                     Plaintiffs,<br><br>    v.<br><br>CAPITAL ONE HOME LOANS, LLC,<br>HSBC MORTGAGE SERVICES, INC.,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, and<br>DOES 1-5,<br><br>                     Defendants. | No. 08 CV 1723<br><br>Judge David H. Coar<br><br>Magistrate Judge Michael T. Mason |

**DEFENDANT HSBC MORTGAGE SERVICES, INC.'S**
**FRCP 7.1 AND L.R. 3.2 DISCLOSURE STATEMENT**

  In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, which enables judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for HSBC Mortgage Services, Inc., a non-governmental corporate party, certifies that HSBC Mortgage Services, Inc. is an indirect wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.). HSBC Finance Corporation is an indirect wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation.

  HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange. Additionally, preferred shares and debt securities of HSBC Finance Corporation, Household International, Inc., Household Finance Corporation (a former subsidiary of HSBC Finance, now merged into HSBC Finance) and Beneficial Corporation (a subsidiary of HSBC Finance) are also publicly traded in the United States.

DATED: April 21, 2008                HSBC MORTGAGE SERVICES, INC.

                                     By:____/s/ Stewart T. Kusper_____
                                           One of Its Attorneys

Stewart T. Kusper
BeLinda I. Mathie
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200 (Telephone)
(312) 902-1061 (Facsimile)

#60641376

**CERTIFICATE OF SERVICE**

    I, Stewart T. Kusper, an attorney in this matter, certify that on April 21, 2008, I caused a copy of the foregoing *Defendant HSBC Mortgage Services, Inc.'s FRCP 7.1 and L.R. 3.2 Disclosure Statement*, to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice and copy of the electronic filing to the following counsel:

        Al Hofeld, Jr.
        Law Offices of Al Hofeld, Jr., LLC
        208 South LaSalle Street, Suite #1650
        Chicago, Illinois 60604


                                      /s/ Stewart T. Kusper

60641558