## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IVELISSE G. RODRIGUEZ and WILFREDO RODRIGUEZ, individually and on behalf of the classes defined herein, | ) ) ) ) ) | No. 08 CV 1723 |
| Plaintiffs, | ) ) | Judge David H. Coar |
| v. | ) ) ) | Magistrate Judge Michael T. Mason |
| CAPITAL ONE HOME LOANS, LLC, HSBC MORTGAGE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES 1-5, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Al Hofeld, Jr.
     Law Offices of Al Hofeld, Jr., LLC
     208 South LaSalle Street, Suite #1650
     Chicago, Illinois  60604

PLEASE TAKE NOTICE that on May 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar or any other judge sitting in his stead, in Room 1419 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois  60604 and present *Defendant HSBC Mortgage Services, Inc.'s Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead*, a copy of which is attached hereto and hereby served upon you.

                                        HSBC MORTGAGE SERVICES, INC.

                                        By:____/s/ Stewart T. Kusper_____
                                               One of Its Attorneys

Stewart T. Kusper
BeLinda I. Mathie
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200 (Telephone)
(312) 902-1061 (Facsimile)
60641558

## CERTIFICATE OF SERVICE

      I, Stewart T. Kusper, an attorney in this matter, certify that on April 21, 2008, I caused a copy of the foregoing *Defendant HSBC Mortgage Services, Inc.'s Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead*, to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice and copy of the electronic filing to the following counsel:

      Al Hofeld, Jr.
      Law Offices of Al Hofeld, Jr., LLC
      208 South LaSalle Street, Suite #1650
      Chicago, Illinois  60604


                                  ____/s/ Stewart T. Kusper_____

60641558