IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IVELISSE G. RODRIGUEZ and | ) | |
| WILFREDO RODRIGUEZ, | ) | |
| individually and on behalf of the classes | ) | |
| defined herein, | ) | |
| | ) | Case No.  08 C 1723 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE HOME LOANS, LLC; | ) | |
| HSBC MORTGAGE SERVICES, INC; | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS; and DOES | ) | |
| 1-5, | ) | |
| | ) | |
| Defendants. | | |

## CAPITAL ONE HOME LOANS, LLC NOTICE OF AFFILATES – DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

Defendant Capital One Home Loans, LLC, by and through its undersigned attorneys, states

as follows for its Notice of Affiliates – Disclosure Statement Pursuant to Local Rule 3.2:

1.  Capital One Home Loans, LLC's sole member is Capital One Home Loans Holdings, Inc.

2.  Capital One Home Loans Holdings, Inc.'s parent company is Capital One, National Association.

3.  Capital One, National Association's parent company is Capital One Financial Corporation.

4.    No entity owns more than a 5% share of Capital One Financial Corporation.


Dated: April 24, 2008                          Respectfully Submitted,

                                               CAPITAL ONE HOME LOANS, LLC

                                               By:    /s/  Daniel P. Bubar
                                                      One of its Attorneys

                                                      Linda B. Dubnow
                                                      Daniel P. Bubar
                                                      McGUIREWOODS LLP
                                                      77 W. Wacker Drive, Suite 4100
                                                      Chicago, Illinois 60601-1815
                                                      (312) 849-8100 Phone
                                                      (312) 849-3690 Fax
                                                      ldubnow@mcguirewoods.com
                                                      dbubar@mcguirewoods.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 24, 2008, I electronically filed the foregoing **CAPITAL ONE HOME LOANS, LLC'S NOTICE OF AFFILATES – DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stewart Theodore Kusper
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
(312) 902-5200
Email: stewart.kusper@kattenlaw.com

BeLinda I. Mathie
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
(312) 902-5200
Email: Belinda.Mathie@kattenlaw.com

Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
(312) 345-1006
Fax: 312-346-3242
Email: al@alhofeldlaw.com

_____/s/  Daniel P. Bubar_____

Linda B. Dubnow
Daniel P. Bubar
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
Telephone: (312) 849-8100
Fax: (312) 849-3690
ldubnow @mcguirewoods.com
dbubar@mcguirewoods.com

\5313531.1