IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IVELISSE G. RODRIGUEZ and WILFREDO RODRIGUEZ, individually and on behalf of the classes defined herein, | ) ) ) ) ) | |
| | ) | Case No.  08 C 1723 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE HOME LOANS, LLC; HSBC MORTGAGE SERVICES, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1-5, | ) ) ) ) ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF FILING

To:

Stewart Theodore Kusper
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
(312) 902-5200
Email: stewart.kusper@kattenlaw.com

BeLinda I. Mathie
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
(312) 902-5200
Email: Belinda.Mathie@kattenlaw.com

Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
(312) 345-1006
Fax: 312-346-3242
Email: al@alhofeldlaw.com

PLEASE TAKE NOTICE that on April 24, 2008, we electronically filed with the Clerk of the Court, CAPITAL ONE HOME LOANS, LLC NOTICE OF AFFILATES – DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2 using the CM/ECF system

\6219301.1

which will send notification of such filing to the above named parties.

Dated: April 24, 2008

Respectfully Submitted,

CAPITAL ONE HOME LOANS, LLC

By:   /s/  Daniel P. Bubar
      One of its Attorneys

      Linda B. Dubnow
      Daniel P. Bubar
      McGUIREWOODS LLP
      77 W. Wacker Drive, Suite 4100
      Chicago, Illinois 60601-1815
      (312) 849-8100 Phone
      (312) 849-3690 Fax
      ldubnow@mcguirewoods.com
      dbubar@mcguirewoods.com

\6219301.1