IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IVELISSE G. RODRIGUEZ and WILFREDO RODRIGUEZ, individually and on behalf of the classes defined herein, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | Case No. 08 C 1723 |
| v. | | Honorable David H. Coar |
| CAPITAL ONE HOME LOANS, LLC; HSBC MORTGAGE SERVICES, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1-5, | | |
| Defendants. | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on May 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Hon. David H. Coar or any Judge sitting in his place and stead, in Room 1419, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present an AGREED JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT, a copy of which is electronically served on you.

Dated: May 20, 2008

      /s/ Daniel P. Bubar

Linda B. Dubnow
Daniel P. Bubar
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
Telephone: (312) 849-8100
Fax: (312) 849-3690
ldubnow @mcguirewoods.com
dbubar@mcguirewoods.com
\6273622.1