IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IVELISSE G. RODRIGUEZ and WILFREDO RODRIGUEZ, individually and on behalf of the classes defined herein, <br><br> Plaintiffs, <br> v. <br><br> CAPITAL ONE HOME LOANS, LLC; HSBC MORTGAGE SERVICES, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1-5, <br><br> Defendants. | Case No. 08 C 1723 <br><br> Honorable David H. Coar |

## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR 3.2 of the Local General Rules, Defendant, Mortgage Electronic Registration Systems, Inc.'s ("MERS"), states as follows:

MERS is a privately held company. No publicly traded company owns ten (10) percent or more of its shares.

Dated: May 20, 2008

Respectfully submitted,

Mortgage Electronic Registration Systems, Inc.

s/ Daniel P. Bubar
One of Its Attorneys

Linda B. Dubnow
Daniel P. Bubar
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601
Phone: 312.849.8100
Fax: 312.849.3690

\6273734.1

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2008, I electronically filed the foregoing **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT and NOTICE OF FILING** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Law Offices of Al Hofeld, Jr., LLC
> 208 S. LaSalle Street, Suite #1650
> Chicago, IL 60604
> (312) 345-1006
> Fax: 312-346-3242
> Email: al@alhofeldlaw.com
>
> BeLinda I. Mathie
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Suite 1600
> Chicago, IL 60661
> (312) 902-5200
> Email: Belinda.Mathie@kattenlaw.com
>
> Stewart Theodore Kusper
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Suite 1600
> Chicago, IL 60661
> (312) 902-5200
> Email: stewart.kusper@kattenlaw.com

By:   /s/ Daniel P. Bubar

> Linda B. Dubnow
> Daniel P. Bubar
> MCGUIREWOODS LLP
> 77 West Wacker Drive – Suite 4100
> Chicago, Illinois  60601
> Telephone:  (312) 849-8141
> Fax:  (312) 920-7248
> ldubnow@mcguirewoods.com
> dbubar@mcguirewoods.com

\6273748.1

2