IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IVELISSE G. RODRIGUEZ and WILFREDO RODRIGUEZ, individually and on behalf of the classes defined herein, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE HOME LOANS, LLC; HSBC MORTGAGE SERVICES, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1-5, <br><br> Defendants. | Case No.  08 C 1723 <br><br> Honorable David H. Coar |

## NOTICE OF FILING

TO:   See Attached Certificate of Service

Please take notice that on Tuesday, May 20, 2008, I caused to be filed with the U.S. District Court for the Northern District of Illinois, Eastern Division, Defendant **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT,** a copy of which is attached and hereby served upon you by electronic filing.

Dated:  May 20, 2008                Respectfully submitted,

**MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.**

By:   /s/ Daniel P. Bubar
   One of Their Attorneys

   Linda B. Dubnow
   Daniel P. Bubar
   MCGUIREWOODS LLP
   77 West Wacker Drive – Suite 4100
   Chicago, IL 60601
   Telephone: (312) 849-8100
   Telefax:  (312) 849-3690
   ldubnow@mcguirewoods.com
   dbubar@mcguirewoods.com

**CERTIFICATE OF SERVICE**

     I certify that on May 20, 2008, I electronically filed the foregoing **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT and NOTICE OF FILING** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

        Law Offices of Al Hofeld, Jr., LLC
        208 S. LaSalle Street, Suite #1650
        Chicago, IL 60604
        (312) 345-1006
        Fax: 312-346-3242
        Email: al@alhofeldlaw.com

        BeLinda I. Mathie
        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Suite 1600
        Chicago, IL 60661
        (312) 902-5200
        Email: Belinda.Mathie@kattenlaw.com

        Stewart Theodore Kusper
        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Suite 1600
        Chicago, IL 60661
        (312) 902-5200
        Email: stewart.kusper@kattenlaw.com

        By:    /s/ Daniel P. Bubar

        Linda B. Dubnow
        Daniel P. Bubar
        MCGUIREWOODS LLP
        77 West Wacker Drive – Suite 4100
        Chicago, Illinois 60601
        Telephone: (312) 849-8141
        Fax: (312) 920-7248
        ldubnow@mcguirewoods.com
        dbubar@mcguirewoods.com

\6273748.1