**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ivelisse G. Rodriguez, et al.
             Plaintiff,

v.                     Case No.: 1:08−cv−01723
                      Honorable David H. Coar

Capital One Home Loans, LLC, et al.
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

  MINUTE entry before the Honorable David H. Coar: Motion hearing held on 5/27/2008 regarding extension of time [22]. MOTION by Defendant Capital One Home Loans, LLC for extension of time to file responsive pleading to plaintiff's amended complaint [22] is granted. Defendant to answer or plead to the plaintiff's amended complaint on or before June 17,2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.