**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EATERN DIVISION**

| | | |
|---|---|---|
| IVELISSE G. RODRIGUEZ and | ) | |
| WILFREDO RODRIGUEZ, | ) | |
| individually and on behalf of the classes | ) | |
| defined herein, | ) | 08 C 1723 |
| | ) | |
| plaintiffs, | ) | Judge Coar |
| | ) | |
| vs. | ) | Magistrate Judge Mason |
| | ) | |
| CAPITAL ONE HOME LOANS, LLC; | ) | |
| HSBC MORTGAGE SERVICES, INC.; | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS; and | ) | |
| DOES 1-5, | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## <u>Notice of F.R.C.P. 41(a)(1) DISMISSAL</u>

Pursuant to the requirements of F.C.R.P. 41(a), plaintiffs file the following voluntary dismissal.

1.      No defendant has filed an answer or a motion for summary judgment in this matter.

2.      Plaintiffs hereby voluntarily dismiss, with prejudice, all individual counts against all defendants.

3.      Further, plaintiffs hereby dismiss, *without* prejudice, all class allegations. No class has been certified in this matter.  No agreement whatsoever has been made with respect to the rights of absent class members (expect that the class allegations must be dismissed *without* prejudice).  Therefore, no absent class members will be bound in any way by this dismissal, and no notice to absent class members is required, pursuant to F.R.C.P. 23(e).

1

Respectfully submitted,


s/Al Hofeld, Jr.
Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com


## <u>CERTIFICATE OF SERVICE BY ELECTRONIC MEANS</u>

I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on June 16, 2008, service of the foregoing ***Notice of F.R.C.P. 41(a)(1) Dismissal,*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


 s/Al Hofeld, Jr.
Al Hofeld, Jr.

2

1